**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-61321-ROSENBERG**

MASSIVE TRANSIT TRANSPORT, LLC,

      Plaintiff,

v.

ATLANTIC COAST AUTOMOTIVE, INC.,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon the Defendant's Motion for Attorney's Fees, DE 19, which was previously referred to the Magistrate Judge for a Report and Recommendation. On January 31, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 25. The parties had until February 14, 2024, to file any objections. No objections from either party appear on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendant's Motion should be granted in part and denied in part for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 25, is hereby **ADOPTED**;

2. The Defendant's Motion for Attorney's Fees, DE 19, is **GRANTED IN PART AND DENIED IN PART**;

3. The Court awards attorney's fees to Defendant in the amount of $2,570.00.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of February, 2024.

*(signature)*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record